# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JUDITH HAWORTH,

    Plaintiff,

v.                                    CASE NO. 4:13cv601-RH/CAS

WELLS FARGO BANK, N.A.,

    Defendant.

_____/

## ORDER GRANTING LEAVE TO DEPOSE MR. WACHOB

The plaintiff's consented motion, ECF No. 13, to depose Nathan Wachob after the discovery deadline is GRANTED. The parties may depose Mr. Wachob at a reasonable time agreed to by both sides prior to the pretrial conference.

SO ORDERED on April 9, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge